IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEROY JOHNSON                                                                               PLAINTIFF

v.                                    No. 3:20-cv-187-DPM

ANGELA DEPRIEST, Factory Worker;
VINCENT SCATIGNA, Patrolman,
Osceola Police Dept.; JOSEPH WHITE,
Detective, Osceola Police Dept.; RONNIE
WILLIAMS, Detective, Osceola Police Dept.;
GLENN DUNN, Patrolman, Osceola Police
Dept.; CATHERINE DEAN, Prosecutor; JOHN
WELDON, Lieutenant, Osceola Police Dept.;
JUSTIN FAULKNER, Patrolman, Osceola Police
Dept.; DAVID BURNETT, Prosecutor; BOBBY
MOREIRA, Osceola Police Dept.                                                   DEFENDANTS

## ORDER

Johnson's motion to dismiss his claims against all the Osceola police officers, *Doc. 8*, is granted. FED. R. CIV. P. 41(a). His claims against Scatigna, White, Williams, Dunn, Weldon, Faulkner, and Moreira are dismissed without prejudice. The Court has already dismissed Johnson's claims against Depriest.

So Ordered.

*signature*

D.P. Marshall Jr.
United States District Judge

22 October 2020