IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**LEROY JOHNSON**                                                                PLAINTIFF

v.                         No. 3:20-cv-187-DPM

**CATHERINE DEAN, Prosecutor**
**and DAVID BURNETT, Prosecutor**                                  DEFENDANTS

### ORDER

Johnson's motion to dismiss his claims against Catherine Dean and David Burnett, *Doc. 13*, is granted. FED. R. CIV. P. 41(a). The Court has already dismissed Johnson's claims against the other defendants. No claims remain, and this case will be dismissed without prejudice. Defendants' motion to dismiss, *Doc. 4*, is denied without prejudice as moot.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020