IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

LEROY JOHNSON                                                                      PLAINTIFF

v.                                    No. 3:20-cv-187-DPM

ANGELA DEPRIEST, Factory Worker;
VINCENT SCATIGNA, Patrolman,
Osceola Police Dept.; JOSEPH WHITE,
Detective, Osceola Police Dept.; RONNIE
WILLIAMS, Detective, Osceola Police Dept.;
GLENN DUNN, Patrolman, Osceola Police
Dept.; CATHERINE DEAN, Prosecutor; JOHN
WELDON, Lieutenant, Osceola Police Dept.;
JUSTIN FAULKNER, Patrolman, Osceola Police
Dept.; DAVID BURNETT, Prosecutor; BOBBY
MOREIRA, Osceola Police Dept.                                              DEFENDANTS

## JUDGMENT

Johnson's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 November 2020